# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROSS MICHAEL CONWAY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77246

FILED

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on July 26, 2018. Appellant did not file the notice of appeal, however, until October 19, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-43152

cc:    Hon. Michael Villani, District Judge
Ross Michael Conway
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk